case number 20-7062 United States of America ex rel Elizabeth W. Kennedy et al and Elizabeth W. Kennedy appellant versus Novo A.S. et al. Mr. Mendoza for the appellant Elizabeth W. Kennedy Miss Sean for the appellate United States of America. You can begin Mr. Mendoza. Good morning. Good morning. Thank you your honors and may it please the court. My name is Nicholas Mendoza representing appellant Elizabeth Kennedy. The government has abandoned the district court's reasoning below. The district court's sole and categorical holding was that the alternate remedy provision does not apply when the government elects to intervene in the key TAM. The government does not defend this holding and even concedes that the intervention decision is not necessarily dispositive to the applicability of the alternate remedy provision with the broadest possible language specifying that applied notwithstanding the government's intervention decision under subsection b and that it applies to any alternate remedy available and elected by the government. Congress did so in part so that the government would not be able to whittle away the relator share by reallocating funds away from the FCA action but that is what the I'm sorry no you want to come up go ahead finish that sentence that is what the district courts has allowed in this case right sure so the alternate remedy decision says we all know alternate to what right and it says the government may elect to pursue its claim singular claim through any alternate remedy and claim is defined in 3729 as 3729 b 2 as essentially a false claim right it's it's it's not everything claimed the government could litigate against a defendant it is only those claims that involve obtaining money property through false or fraudulent pretenses is that right well there is certainly there are there are seven enumerated offenses in the false claims act um and uh is mr i'm sorry go ahead well congress's uh purpose in incentivizing the prosecution of those claims included preserving the incentive for the whistleblower by allowing the government flexibility but also guaranteeing the relator a share should the government choose a different proceeding a different proceeding for its claim for the uh for its claim first alerted to it by the false claims that claim uh well your honor the the the the sub uh section 3730 uh repeatedly refers to the action so if congress intended to limit uh the the the it the um the government's claim to a sort of formal to the formal limits of the fca action it would have used the government may pursue the action in other proceeding uh i'm just let me let me try this askance in 30 in the provision at issue here um 3730 is it e5 sorry losing c5 c5 i apologize do you agree that the use when it says may uh the government may elect to pursue its claim through any alternate remedy the claim there uh refers to the claim defined in the preceding section 3729 uh i uh the the claim refers to the the government's uh yeah it refers to the government's claim within the valid key time action brought under 3729 but uh i'm just again the definition let me let me try asking a little bit more precisely i wasn't clear enough there's a definition of claim in 3729 yes b2 when they talk about in c5 3730 c5 the alternate remedy provision the government may elect to pursue its claim through an alternate remedy is your position that claim means what it was defined to mean in the preceding section or do you think claim there has a different meaning um i think the claim means the given that the sentence has any alternate remedy we think that i the the say for any claim i'm just asking you do you think claim means what it's defined to mean in 3729 or do you mean and think claim means something different uh i i think it means something different in that it refers to the the government's uh uh uh the the the claims that the government could bring given the action within the context of subsection c i think that's what makes the most sense otherwise there would be uh more specificity from congress that the the the claim has to be uh a formal uh formally what raised uh under 3729 um uh i'm sorry i'm going into my rebuttal don't worry about that we'll give you some extra time for rebuttal thank you um if i could ask you about a another phrase in in c5 um how do you understand the phrase um you know the if an alternate remedy is pursued in another proceeding the person initiating the action shall have the same rights in such proceeding as such person would have had if the action had continued under this section right to me that phrase suggests that the action has not continued under this section but of course in in in this case the action did continue and resulted in a very substantial remedy so how do you understand that phrase would have had if the action had continued under this section well i have two i have two quick points on that judge row uh if you'll allow me first the uh the most logical reading of that sentence uh uh is that the uh the relator is given the same rights in the alternate remedy proceeding as if the fca action had been litigated and that's given the forcefulness of the notwithstanding instruction at the beginning of the provision as well as the supreme court's uh direction in state farm to not read out relators rights without explicit language but my uh the second point on that is that in this case we had i'm sorry you mean if it so a settlement is not encompassed within that phrase is that well uh in in this case neither action continued so i think that's a good example of of uh of what i mean here that the um the uh fca the the remedy was settled as soon as it was elected so it did not continue so in this case even with the government's more restrictive reading it literally is is correct that the sentence operates to give relators rights uh as if the fca action had been litigated which in this case it did not and also litigated it says continued correct your honor and in this case it did not continue it settled as soon as it began but but um but i would also uh uh uh ask you to consider what would have happened if the government had litigated the fca action in this case it doesn't seem uh conceivable that they would have been able to sustain a parallel fdca action if nothing else because novinortis would not have uh uh it certainly seems even less likely that they would have been able to file the fdca action after the fca action had been litigated to judgment so um in terms of fulfilling congress's purpose of preserving the the relators incentive uh our the reading our reading here is the most logical the the um that we shouldn't treat the fca action had been as if it had been continued just because the defendant consented to that to this unusual arrangement of two remedies for the same conduct if um i'm sorry joshua are you done go ahead if the government hadn't intervened could miss kennedy have added a claim for misbranded marketing of the drug under the fdca no your honor she couldn't because that wouldn't be a qualifying claim under the false claims act uh that's correct her her key temp she's not she the false claims act does not allow her to plead that however she couldn't have pleaded an administrative proceeding for a civil money penalty either which is expressly encompassed within the provision really the on what claims she could bring right okay um you're right the administrative ones are prosecuted by the government for sure um under your theory that that relators like miss kennedy who was obviously extremely helpful to the government here um can recover as long as the claim for recovery that's pursued through an alternate remedy arises from the same facts that were disclosed by the ketamine later what if the government had undertaken a criminal prosecution of um the company in this case or an individual in the company relying on all those same facts and obtained a criminal fine our relators allowed a share of criminal fines well your honor criminal proceedings raise interesting questions perhaps for other statutory reasons but i'm just asking whether under your theory right it would meet it arising out of this same factual and under here says that would it wouldn't fit within the alternate remedy here well it would it would fit within just within this provision that we're talking about i'm saying that for other there may be other reasons why it might not be possible for relator to seek a share is position that relators could or could not uh under uh our position is that within the fca proceeding before judge walton if there had been a criminal proceeding the the alternate remedy provision would have allowed a criminal remedy but there's but but that's but that's very far away from i don't i understand it didn't happen here i'm just asking had there been presumably not as part of the false claims act but as a parallel action a criminal prosecution is it your position that produced a fine a substantial fine would miss kennedy have been entitled to a key tam relator's share of that fine arising out of the exact same facts miss kennedy could could have moved within the fca proceeding before judge walton uh for a share of any alternate remedy including certainly a criminal proceeding that was certainly within the uh with it congress could have predicted that in 1986 it was very common to go after uh broad and in criminal actions so certainly this is very broad language that congress wrote but i first asked this question you mentioned that you thought there were other parts of the false claims act that would carve out criminal actions but it sounds like for purposes of this alternate remedy recovery your position is that criminal recoveries would also be encompassed well not necessarily the false claims act i mean the district courts that have looked at this uh have differed a little bit but generally generally it the the disputes have been over whether a relator has a right to intervene in a criminal action um but putting all that aside that's not an issue in this case for the purposes of the alternate remedy provision certainly a would be within that language because otherwise the government could proceed criminally against a ketam defendant and render them judgment proof and by the time the relator got to litigate her fca action uh the incentive to carry out the action and alert the government in the first place would have been destroyed by the by the criminal proceeding so certainly i think government congress wanted that incentive preserved can my colleagues have any more questions all right thank you very much and we'll give you some time for rebuttal thank you good morning may it please the court karen shown on behalf of the united states and let me just apologize there is some construction work that just started so i apologize if you if you hear it um the purpose of the alternate remedy provision is to protect when the government pursues another fraud remedy in place of the relators false claims act suit but here the government settlement under the food drug and cosmetic act didn't take the place of relator suit and indeed it couldn't have because it wasn't even a fraud remedy the government intervened in relator false claims act suit and settled it with relators consent and relator received a 7.8 million dollar share of the proceeds and the district court correctly recognized that these circumstances the alternate remedy provision simply doesn't apply when you say a fraud claim is that a shorthand for the definition of claim in 37 29 yes your honor i meant a shorthand for you know a claim alleging um false claims to the government under section 37 29 so the sort of claim that a relator could bring or that the government could bring on its own behalf under if the government here instead of pursuing that administrative remedy had added an fdca claim to for equitable disgorgement or or just any form of penalty to the existing ketam action so it intervenes and it adds claims as it's allowed to do other claims as it's allowed to do and let's say through settlement or litigation there's a recovery that's collectively for all the claims pressed by the government um and the false claim pressed by the relator would the relator be able to recover a share if there's just one judgment what would happen would they recover a share of the total judgment even though it included both false claims that claims and an fdca claim no your honor the relator would only be entitled to a fair of the proceeds with respect to relators the claims that the later brought under the false claims act i mean a relator can only recover to the extent that she has a valid claim under the false claims act and to the extent the government also asserted other non-false claims act claims by the wrong way to phrase that um you know the relator isn't entitled to a share of those the best case for that and and for how it gets sorted out if there's just a lump sum damage award or settlement at the end um i mean i think the courts have you know have held and i think it's well established that a relator has to have a valid a valid claim to be entitled to recovery whether it's through there's no question she had a she had a valid claim there's no right but i think the corollary to that is to the extent there is recovery for a claim that could not be brought under the false claims act right if a relator had brought the fdca claim or some other claim i mean she couldn't right that would have been dismissed she couldn't bring that and so the fact that the government when the government brings them all in then but i think it's the spread we through hooker by crook we're going to have to divvy up the final i just couldn't find any cases that address this situation yeah i'm not aware of any cases i'm sorry i didn't mean to put you off i'm not aware of any cases addressing that specific fact pattern but i think the reasoning is the same whether the government brought it in a separate action or brought it in the same action the relator is only entitled to recover for her claims and so you know the fact that the government brought it all in one proceeding i don't think changes the analysis or the end result i think it's the same relator is entitled to recovery to the extent that there were proceeds from the claim that she brought she's not entitled to recover for other claims doesn't the government invariably in these kinds of cases bring the false claims act piece and the fdca piece together in one case i don't know how it works in practice i think there are often parallel proceedings um you know and and putting aside the fdca there may there may be other proceedings um you know whether they're criminal proceedings there may be proceedings under the i'm not sure that the government always brings as a practical matter always brings them in the same action i thought as a practical matter they were brought together and there would be obvious claim preclusion problems if they weren't brought together they've arisen out of the same facts right but i apologize your honor i just don't know how it works um i mean the reason of course the reason i ask assume assume that's the case the reason i ask is your your position makes a lot of intuitive sense but what do we do with 37 d1 which defines the relators share as 15 to 25 percent of the proceeds of the action or settlement of the claim but action to me reads more broadly than fraud claim action reads like it is the the case in which the fca cause of action and the fdca cause of action are litigated i think well but i think it goes back to the same point which is that a relator isn't entitled to a fair um of claims that she didn't even bring i mean that the point is to is to encourage and um to bring these sorts of claims um but they're not entitled to recovery for claims that they didn't bring themselves and i think you know it's i think congress obviously knew that there may be other proceedings and the government may have other actions to pursue but those aren't all fraud claims um and here the fdca action is not it's not a it's i'll use the shorthand again it's nothing to do with allegations that there were false claims submitted to the government it's a it's a wholly different um that's a wholly different sort of action and for a violation of the statute it has nothing to do with fraud against the public this one question i have is um i mean for the government to prevail here we don't need to reach we we can we can decide i either that the fdc action is not an alternative remedy or we could decide that um the government's pursuit of the fca claim renders the alternate remedy provision inapplicable right we could decide on either one of those grounds for the government to prevail which in your view is a narrower reading i mean there are not very many um cases interpreting the fca and i'm concerned um concerned about unintended consequences of a broad ruling of this admittedly somewhat obscure provision um i'm i'm not quite sure i i think um i think probably the narrower ruling would just be that the um it all right i'm not i'm not sure that there is really a key distinction between in the sense that um you know the alternate an alternate remedy is one that takes the place of the relator's claim so it's one as courts have recognized that the government pursued in lieu of pursuing the false claims act suit um and so to the extent that um the government actually pursued the false claims act suit and settled it um the alternate remedy provision doesn't apply and so i think that's probably one of your sort of one of your readings the other would be to say that the um fdca action is not an alternate remedy but but the reason it's not an alternate remedy is because it doesn't take the place of the false claims act suit um it's not a fraud remedy it's not it's not dealing with allegations of fraud against the government or the submission of false claims to the government it's a very different violation of the law and so it doesn't sort of as a matter of law take the place of um a false claims act suit so i think that the two kind of go hand in hand and i'm not i'm not quite sure how to fully answer your question in terms of which is the narrower because i think they are in the sense or two sides of the same coin let me ask you some questions then about what it would mean for the government to pursue the fca claim so if the government intervenes um but then they proceed with the action but they proceed to dismiss the action in that situation would the fdca claim be an alternate remedy because they've they've they've in some sense continued with it they've entered they've prosecuted but they've they've exercised their prosecutorial discretion to dismiss the case right is that what happens to the fdca claim in that yeah i think in this case but if the government had dismissed the false claims act suit that still would not make the fdca action an alternate remedy and the reason is because it's not a remedy for a claim under the false claims act it's not a remedy for allegations of submission of false claims to the government it's a it's a wholly different violation of the statute so it's not a remedy for a claim within the meaning of the false claims act and so it wouldn't be now i mean i think stepping back from this case there might be circumstances where the government's dismissal um could result in an alternate remedy if the if what the government pursued an administrative fraud proceeding or some other civil fraud proceeding that actually did address the claim that would be a different story but i think here the key point is that the the action under the food drug and cosmetic act is not and i'll use the shorthand again it's not a fraud remedy it's not a remedy for the claim under the false claims act here you did settlements and so imagine the settlement in the false claims act suit was for a thousand dollars and then the simultaneous fdca action was for eight million or ten million dollars or thirty million dollars and so the government uses this non-fca claim the defendant doesn't care they're going to pay the same amount one way or the other if you want to stick it under in box a or box b they don't care but the government cares because it gets 100 versus 75 or 80 percent recovery and so what's to stop the government under your theory from doing very small settlements or much smaller settlements of the fca claim and then using some non-fca type claim settlement to put all the real recovery there and to keep the key tamp cut the key tamper later out i think what stops the government in part is um another provision under um under this under section 37 30 c to capital b which gives the relator the right to object to a settlement and a settlement can proceed over the relator's objection only to the extent that the court determines after hearing that it is fair adequate and reasonable and so i think to the extent there's a concern that the settlement go into that and say look these are really high standards of proof we don't think we are going to be able to prevail on the standards of fraud here and let's make it you know not quite so transparent what's going on and let's say that one's for a million dollars um but the government says you know it's good we're really worried about meeting the standard of proof of fraud which is really hard here sort of mens rea the knowingly um here uh knowingly as to the falsity so that's why we're settling that and we're going to go over here at the same time or a week later the settling defendant's not going to raise race judicata and says here's our fdca settlement and that's where the huge amount of money is and the key tamper later doesn't know the fdca settlement's coming i know it was mentioned here in the settlement agreement but assume it's not mentioned doesn't know it's coming so there's nothing to object to or any objection is rejected by the district court you understand the government's incentives here to split up its claims to the extent it's allowed to through the settlement process again though i think it really is a fairness issue it doesn't it's not it doesn't turn something that's not otherwise an alternate remedy into an alternate remedy um and i think you know there there you know there isn't perfect information at settlements right there are a lot of variables and a lot of things to weigh um and you know i think to the government has a valid concern about the ability to actually prevail through litigation and and obtain um a judgment that's that you know and and so that's what makes settlement worthwhile i mean i think that's the same sort of analysis and calculus that that the relator has to go through and that the court would have to assess um and see whether whether the government was was sort of raising a valid concern um and whether the settlement taking into account all those sorts of variables and all the uncertainty is fair adequate and reasonable but i think that is something does the government have an obligation to tell the relator and the district court judge about any other remedies it intends to pursue for these same facts before a settlement's approved um i want to be careful here because i think there may be sometimes when when what the the um the other proceeding is and you know for example in in the context of a criminal proceeding there may be some confidentiality but so i want to be careful proceeding because that's what i think is assumed here any other civil proceeding yeah by the government again i do want to be careful because there may be some confidentiality you could tell us i would under seal with the relator raised an objection and questioned the fairness no no no the relator doesn't know anything just can't doesn't raise an objection other than golly gee i think we could prove the case but doesn't object that doesn't know about another proceeding do you think the government has an obligation so that the district court can assess the fairness of a settlement or dismissal decision to tell at least the district court if not the relator if there's some confidentiality about other civil remedies being pursued arising from these same facts i think the the the court isn't going to assess the reasonableness of the settlement unless the relator objects um so i think just sort of as a sort of an affirmative obligation i don't think there's any obligation to i said there was an objection but the objection isn't based on the settlement the objection is based on i think don't dismiss it i think we can prove our case i mean i guess i'm sorry i misunderstood your your hypothetical um i apologize i mean i think to the extent that the court is then conducting some sort of hearing and and looking at the question whether it is fair adequate and reasonable um then i think it it is for the court to you know sort of ask what information it wants from the from the government and to the extent that the court wants to know whether there are other actions then then yes the government probably has a duty to disclose that i don't want to ask to be clear that your position is only if the court asks um i may be sort of in over my head a little bit in terms of i can't promise what the government has to do um without knowing all the circumstances of a particular case i mean i think to the extent we are in a situation where the the relator has objected and the district court is looking for information about the case then um i think it certainly would be reasonable for the government to um to share the you know the relevant facts and circumstances with the question on your view though the fdca action fdca action is not an alternate remedy at all and could never be an alternate remedy isn't that the government's position that's that's so then on judge mullet's question i mean i don't i think under your view you wouldn't have to disclose that to the district court because it wouldn't be relevant to the fca remedy at all that's that's right i mean the only question for the for the court to be considering is whether the the settlement under the false claims act is fair adequate and reasonable um and whether the under the false claim back so can you just also tell me a little bit why um how do we know what an alternate remedy is right so you say very definitively fdca is not even though arguably some of those fdca claims at least sound and something that sounds like fraud to the government they're not fca claims i mean what exactly is an alternate remedy or what would be included in that category on the government's view i think it's one that is meant to take the place of a false claims act proceeding so it's one that addresses allegations of you know false claims submitted to the government so sort of fraud against the the public fisc um and so you know i think that the quintessential example in the in the statute in c5 itself is it is an it's just um adjudicated in a different um in a different proceeding um and i think that's that's sort of the the gist of what an alternate remedy is it's a remedy for the same claim but just in a different form than a false claims act or it could potentially be another false claims act but um but i think the point is that it's still meant to address the same sort of allegations and the same sort of claim that you bring under the false claims act well what if it wasn't obtaining their fdca approval to market this drug you made commitments to make disclosures and warnings to doctors and maybe warning labels or information with the drug you made commitments and the assertion is those were false commitments you were never planning to keep them because you don't these disclosures really should have to take place and so that's what the administrative proceeding was you wrongfully obtained authorization to market this drug or marketed it improperly because you didn't include the appropriate disclosures and you never intended to i think again it's it's not um that that doesn't have anything to do though with in the sense of no but doesn't have to be the fist you're obtaining property as well you're you're obtaining a license you're obtaining a permission and authorization from the government through false pretenses you say that isn't included it doesn't meet anything in the definition i don't you know i don't i don't know if there would be some theory of liability under the false claims act um but that's not the that's not the suit we have here a request from the i don't your honor i don't want to speculate in terms of whether there would be some theory of of liability under the false claims act i think the the key point here though is that's not the situation we have here here but you're asking for we just don't get to write opinions that way and so what assurance do we have against the government especially in this double settlement situation where judge katz's wise pointer about ratio is not going to be implemented what assurance what protection does a key term we later have if we adopt your definition adopt the rule you want in a case where the government puts most of the weight on the non so-called non-fca claim and most of the recovery there but not so much that it's obvious what's going on and maybe doesn't say a word when the fca settlement is going through what protection um i think that the key protection is c2 capital d the that can't happen if nobody knows what's going on and you weren't willing to say that there was any obligation of the government to be up front with what it's doing even apart from a confidentiality concern so i don't see how that's any protection at all if nobody else knows but i i think the the the fairness of the whether the settlement under the false claims act it's fair adequate and reasonable i think it's sort of an independent question the fact that the government may have an action for other claims that are not false claims not the sort of claim that you would bring under the false claims act the fact that the government may have that other action is really in some sense beside the point i i understand your concern about the shifting proceeds but i think if that's the concern then then it's really just that what you're saying is that the settlement under the false claims act was not fair adequate and reasonable that taking into account all the various you know things to consider and the risks of litigation that that still is not fair adequate and reasonable and and that's what cpb is meant to address and i think that's what relator can still can raise her hand and say i don't think this is fair adequate and a has a stronger claim it could really prove more and and get a better deal at litigation than we're getting here and i think relator can do that whether the government is pursuing or may pursue a separate action for a wholly different violation of the law my colleagues have further questions all right thank you thank you your honor okay mr mendoza we'll give you a few minutes for rebuttal thank you your honor i just want to quickly uh discuss the relatedness of the fdca uh action this is uh the exact same facts first alerted by my client in 2010 uh it alleges a form of fraud and practice which is misbrand introducing misbranded drugs there's no additional actual difference between the actions uh of the defendant in both uh proceedings and the government settled both of them simultaneously with uh novel nordis consent um but then waited uh until after the fca action had been resolved to file the fdc action in the same court before the same judge with the same uh department of justice attorneys so we don't we we uh i i disagree with my friend from the government that the that this is not in any way uh a form of fraud this is that the congress did not impose any sort of formal uh fraud uh requirement on the alternate remedy that's why it said any alternate remedy notwithstanding the government's decision to intervene uh and uh and judge katz says you're completely correct that that this is a very unusual thing for the government for the government to have done uh the separate actions and as uh you were uh discussing the the it wasn't a relator was not uh there's no right for the relator to know uh to participate in settlement negotiations or to get information from the government what's afforded what's afforded the relator is a relator share right and the right to object on just on the uh right to object i'd also like to point out that the district court has made no findings as to uh whether relator uh uh agreed to to waive their uh her alternate remedy rights uh and there was no um there was nothing other than a reference to an fdca action in the fca settlement to the drug victosa it could have been it could have been for any conduct it's certainly not a very strange thing for the your client actually was given notice of another settlement your client making seeing that in the settlement agreement go hey wait i need to know more about what that is what the claim is there that's being settled before i can tell whether this is fair uh your honor the um the council for relator was told that i mean again the district court didn't find this uh didn't address this but uh council for relator was told that this was all the government could get from defendant nova nordisk uh when you were told there was another action or settlement out there my question to you is simply did you inquire further about the relatedness or not of that proceeding to the factual allegations at issue here uh i believe council for relator uh did inquire and there was a back and forth this is discussed uh in the fraser declaration did they tell alert the district court to any concerns or they had no concerns based on this back and forth uh as far as i know there was no uh communication about this with the district court and in fact the district court wasn't aware of the fdca action at all until it was filed in the district court on september 5th four days after the fca action was dismissed so miss kennedy's councils didn't didn't raise any concerns about this or question even just questions or need for information about this with the district court well uh your honor i i i can't speak i wasn't i wasn't i wasn't there but my my understanding is to discuss in the fraser declaration i don't i i believe there was a back and forth over what was raised if anything was raised with the district court news so the district court didn't know no your honor relator was not in a position to raise it with the district court and the government yes the government has many remedies and many many possible actions against pharmaceutical companies and this could have been for any uh for for unrelated conduct uh and it given the unusual structure of the settlements that's what would have made sense thank you i think so many questions yeah thank you to both council for your helpful arguments the case is submitted
judges: Millett, Katsas, Rao